UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:                                                  Case No.: 17-13003 SDR
DOUGLAS CARL LANKSTER                     Chapter 13
TIFFANY LEANN LANKSTER

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
Creditor Name:                   **HOME POINT FINANCIAL CORPORATION**

Court Claim Number: **016**       UCI: N/A

Last Four of Account Id Number:     0703

Property Address, if available:      142 OSCEOLA DR

**Part 2: CURE AMOUNT**
a. Allowed prepetition arrearage:                                     $2112.88

b. Prepetition arrearage paid by the Trustee:                      $2112.88

c. Amount of postpetition fees, expenses and charges
    recoverable under FRBP 3002.1(c):                                  $455.00

d. Amount of postpetition fees, expenses and charges
    recoverable under FRBP 3002.1(c) paid by the Trustee:        $455.00

Total Disbursements by Trustee:                                     $33,898.96

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $653.76

Next post-petition payment due: July 2021

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 7/15/21                                                                  Respectfully Submitted:

s/ Kara L. West, Trustee
Kara L. West (TN No. 25744)
Standing Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

CHARLES G JENKINS JR ESQUIRE - ECF
US Trustee – ECF
Bankruptcy Court – ECF
WILSON & ASSOCIATES PLLC – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   DOUGLAS CARL LANKSTER, 142 OSCEOLA DR, , WHITWELL, TN    37397
Creditor:   HOME POINT FINANCIAL CORPORATION, 11511 LUNA ROAD SUITE 300, , FARMERS BRANCH, TX 75234-
Creditor Noticing Address:

s/ Kara L. West w/permission by DRJ (35)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261

**Case:** 17-13003   **DOUGLAS CARL LANKSTER**

HOME POINT FINANCIAL CORPORATION
11511 LUNA ROAD SUITE 300

FARMERS BRANCH, TX 75

**Sequence:** 24
**Modify:**
**Filed Date:** 11/8/2017 12:00:00AM
**Hold Code:**

**Acct No:** 0703/142 OSCEOLA DR   WHIT

142 OSCEOLA DR   WHITWELL TN 37397(1ST MTG)  MAIN**

| | | | | |
|---|---|---|---|---|
| Amt Sched: $83,261.00 | Debt: $31,331.08 | Interest Paid: $0.00 | | |
| Amt Due: $663.84 | Paid: $31,331.08 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0160   HOME POINT FINANCIAL CORPORATION** | | | | | | | |
| HOME POINT FINANCIAL CORPORA | | 06/30/2021 | 2119497 | $653.84 | $0.00 | $653.84 | |
| HOME POINT FINANCIAL CORPORA | A | 06/29/2021 | 0 | $10.00 | $0.00 | $10.00 | |
| HOME POINT FINANCIAL CORPORA | | 05/31/2021 | 2115682 | $663.84 | $0.00 | $663.84 | 06/28/2021 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2021 | 2111875 | $663.84 | $0.00 | $663.84 | 06/01/2021 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2021 | 2108029 | $663.84 | $0.00 | $663.84 | 04/30/2021 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2021 | 2101047 | $663.84 | $0.00 | $663.84 | 03/29/2021 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2021 | 2097332 | $663.84 | $0.00 | $663.84 | 03/08/2021 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2020 | 2093617 | $663.84 | $0.00 | $663.84 | 01/25/2021 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2020 | 2089794 | $663.84 | $0.00 | $663.84 | 12/28/2020 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2020 | 2086012 | $663.84 | $0.00 | $663.84 | 11/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2020 | 2082173 | $663.84 | $0.00 | $663.84 | 10/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2020 | 2078203 | $663.84 | $0.00 | $663.84 | 09/28/2020 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2020 | 2074225 | $663.84 | $0.00 | $663.84 | 09/01/2020 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2020 | 2070231 | $668.22 | $0.00 | $668.22 | 07/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2020 | 2066172 | $668.22 | $0.00 | $668.22 | 06/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2020 | 2062184 | $668.22 | $0.00 | $668.22 | 05/29/2020 |
| HOME POINT FINANCIAL CORPORA | V | 04/14/2020 | 2058420 | ($668.22) | $0.00 | ($668.22) | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | M | 04/14/2020 | 2059701 | $668.22 | $0.00 | $668.22 | 04/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2020 | 2058420 | $668.22 | $0.00 | $668.22 | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | | 02/29/2020 | 2054293 | $668.22 | $0.00 | $668.22 | 03/26/2020 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2020 | 2050297 | $668.22 | $0.00 | $668.22 | 02/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2019 | 2046268 | $668.22 | $0.00 | $668.22 | 01/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2019 | 2042247 | $668.22 | $0.00 | $668.22 | 12/30/2019 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2019 | 2038340 | $668.22 | $0.00 | $668.22 | 12/03/2019 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2019 | 2034243 | $668.22 | $0.00 | $668.22 | 11/05/2019 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2019 | 2030207 | $668.22 | $0.00 | $668.22 | 10/01/2019 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2019 | 2026019 | $668.22 | $0.00 | $668.22 | 08/26/2019 |
| HOME POINT FINANCIAL CORPORA | M | 07/12/2019 | 2023040 | $668.22 | $0.00 | $668.22 | 07/26/2019 |
| HOME POINT FINANCIAL CORPORA | V | 07/12/2019 | 2021844 | ($668.22) | $0.00 | ($668.22) | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2019 | 2021844 | $668.22 | $0.00 | $668.22 | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2019 | 2017647 | $668.22 | $0.00 | $668.22 | 06/28/2019 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | | 04/30/2019 | 2013264 | $668.22 | $0.00 | $668.22 | 05/29/2019 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2019 | 2008857 | $668.22 | $0.00 | $668.22 | 04/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2019 | 2004707 | $668.22 | $0.00 | $668.22 | 04/18/2019 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2019 | 2000574 | $668.22 | $0.00 | $668.22 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2018 | 1996510 | $668.22 | $0.00 | $668.22 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2018 | 1992457 | $668.22 | $0.00 | $668.22 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2018 | 1988428 | $1,336.44 | $0.00 | $1,336.44 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA | V | 10/29/2018 | 1978068 | ($668.22) | $0.00 | ($668.22) | 10/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2018 | 1978068 | $668.22 | $0.00 | $668.22 | 10/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2018 | 1973769 | $897.56 | $0.00 | $897.56 | 09/28/2018 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2018 | 1969356 | $824.24 | $0.00 | $824.24 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2018 | 1965110 | $818.44 | $0.00 | $818.44 | 07/25/2018 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2018 | 1960675 | $948.25 | $0.00 | $948.25 | 06/22/2018 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2018 | 1956123 | $669.93 | $0.00 | $669.93 | 05/24/2018 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2018 | 1951441 | $1,017.35 | $0.00 | $1,017.35 | 04/25/2018 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2018 | 1946769 | $537.72 | $0.00 | $537.72 | 03/21/2018 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2018 | 1942233 | $482.34 | $0.00 | $482.34 | 02/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2017 | 1937668 | $482.34 | $0.00 | $482.34 | 01/25/2018 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2017 | 1933104 | $1,985.99 | $0.00 | $1,985.99 | 12/21/2017 |
| | | | Sub-totals: | $31,331.08 | $0.00 | $31,331.08 | |

**0161    HOME POINT FINANCIAL CORPORATION**

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | A | 06/29/2021 | 0 | ($10.00) | $0.00 | ($10.00) | |
| HOME POINT FINANCIAL CORPORA | | 11/30/2020 | 2089794 | $22.88 | $0.00 | $22.88 | 12/28/2020 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2020 | 2086012 | $50.00 | $0.00 | $50.00 | 11/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2020 | 2082173 | $50.00 | $0.00 | $50.00 | 10/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2020 | 2078203 | $50.00 | $0.00 | $50.00 | 09/28/2020 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2020 | 2074225 | $50.00 | $0.00 | $50.00 | 09/01/2020 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2020 | 2070231 | $50.00 | $0.00 | $50.00 | 07/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2020 | 2066172 | $50.00 | $0.00 | $50.00 | 06/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2020 | 2062184 | $50.00 | $0.00 | $50.00 | 05/29/2020 |
| HOME POINT FINANCIAL CORPORA | V | 04/14/2020 | 2058420 | ($50.00) | $0.00 | ($50.00) | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | M | 04/14/2020 | 2059701 | $50.00 | $0.00 | $50.00 | 04/24/2020 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2020 | 2058420 | $50.00 | $0.00 | $50.00 | 04/14/2020 |
| HOME POINT FINANCIAL CORPORA | | 02/29/2020 | 2054293 | $50.00 | $0.00 | $50.00 | 03/26/2020 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2020 | 2050297 | $50.00 | $0.00 | $50.00 | 02/27/2020 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2019 | 2046268 | $50.00 | $0.00 | $50.00 | 01/29/2020 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2019 | 2042247 | $50.00 | $0.00 | $50.00 | 12/30/2019 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2019 | 2038340 | $50.00 | $0.00 | $50.00 | 12/03/2019 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2019 | 2034243 | $50.00 | $0.00 | $50.00 | 11/05/2019 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2019 | 2030207 | $50.00 | $0.00 | $50.00 | 10/01/2019 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2019 | 2026019 | $50.00 | $0.00 | $50.00 | 08/26/2019 |
| HOME POINT FINANCIAL CORPORA | M | 07/12/2019 | 2023040 | $50.00 | $0.00 | $50.00 | 07/26/2019 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORA | V | 07/12/2019 | 2021844 | ($50.00) | $0.00 | ($50.00) | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2019 | 2021844 | $50.00 | $0.00 | $50.00 | 07/12/2019 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2019 | 2017647 | $50.00 | $0.00 | $50.00 | 06/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2019 | 2013264 | $50.00 | $0.00 | $50.00 | 05/29/2019 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2019 | 2008857 | $50.00 | $0.00 | $50.00 | 04/26/2019 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2019 | 2004707 | $50.00 | $0.00 | $50.00 | 04/18/2019 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2019 | 2000574 | $50.00 | $0.00 | $50.00 | 02/27/2019 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2018 | 1996510 | $50.00 | $0.00 | $50.00 | 01/28/2019 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2018 | 1992457 | $50.00 | $0.00 | $50.00 | 12/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 10/31/2018 | 1988428 | $100.00 | $0.00 | $100.00 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA | V | 10/29/2018 | 1978068 | ($50.00) | $0.00 | ($50.00) | 10/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2018 | 1978068 | $50.00 | $0.00 | $50.00 | 10/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2018 | 1973769 | $59.42 | $0.00 | $59.42 | 09/28/2018 |
| HOME POINT FINANCIAL CORPORA | | 07/31/2018 | 1969356 | $68.02 | $0.00 | $68.02 | 08/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 06/30/2018 | 1965110 | $70.13 | $0.00 | $70.13 | 07/25/2018 |
| HOME POINT FINANCIAL CORPORA | | 05/31/2018 | 1960675 | $120.71 | $0.00 | $120.71 | 06/22/2018 |
| HOME POINT FINANCIAL CORPORA | | 04/30/2018 | 1956123 | $124.34 | $0.00 | $124.34 | 05/24/2018 |
| HOME POINT FINANCIAL CORPORA | | 03/31/2018 | 1951441 | $95.49 | $0.00 | $95.49 | 04/25/2018 |
| HOME POINT FINANCIAL CORPORA | | 02/28/2018 | 1946769 | $40.37 | $0.00 | $40.37 | 03/21/2018 |
| HOME POINT FINANCIAL CORPORA | | 01/31/2018 | 1942233 | $36.21 | $0.00 | $36.21 | 02/27/2018 |
| HOME POINT FINANCIAL CORPORA | | 12/31/2017 | 1937668 | $36.21 | $0.00 | $36.21 | 01/25/2018 |
| HOME POINT FINANCIAL CORPORA | | 11/30/2017 | 1933104 | $149.10 | $0.00 | $149.10 | 12/21/2017 |

|  |  | Sub-totals: | $2,112.88 | $0.00 | $2,112.88 |
|---|---|---|---|---|---|
|  |  | Grand Total: | $33,443.96 | $0.00 |  |

3

# Disbursements for Claim

**Case:** 17-13003   DOUGLAS CARL LANKSTER

**HOME POINT FINANCIAL CORPORATION**
PO BOX 790309

ST LOUIS, MO   63179-

Sequence: 25
Modify:
Filed Date: 12/26/2017 12:00:00AM
Hold Code:

Acct No: 0703/POST PETITION MTG FE

POC FEES/POST PETITION MTG FEES***

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $455.00 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $455.00 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **3000   HOME POINT FINANCIAL CORPORATION** | | | | | | | |
| HOME POINT FINANCIAL CORPORA | | 10/31/2018 | 1988428 | $236.35 | $0.00 | $236.35 | 11/29/2018 |
| HOME POINT FINANCIAL CORPORA | V | 10/29/2018 | 1978068 | ($205.38) | $0.00 | ($205.38) | 10/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 09/30/2018 | 1978068 | $205.38 | $0.00 | $205.38 | 10/29/2018 |
| HOME POINT FINANCIAL CORPORA | | 08/31/2018 | 1973769 | $218.65 | $0.00 | $218.65 | 09/28/2018 |
| | | | Sub-totals: | $455.00 | $0.00 | $455.00 | |
| | | | Grand Total: | $455.00 | $0.00 | | |